# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WC55 | E 1037362 | VENTIERE | 699 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 06/30/2024 1030 | 36 CFR 4.14(b) |

Place of Offense: GREAT SMOKY MTN NP
US 441 / NEWFOUND GAP Rd mm 16

Offense Description: Factual Basis for Charge  ☐HAZMAT

OPEN CONTAINER OF ALCOHOLIC BEVERAGE STORED IN VEHICLE PROHIBITED READILY ACCESSIBLE. BEEN DRINKING

### DEFENDANT INFORMATION
Phone: (865) 254-1871

| Last Name | First Name | M.I. |
|---|---|---|
| DOYLE | NICHOLAS | J |

Street Address: 3701 CATEWRIGHT Rd

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| KODAK | TN | 37764 | 12/15/1998 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 131440431 | | TN | 590 81 7462 |

☑Adult ☐Juvenile  Sex ☑Male ☐Female  Hair BRN  Eyes BRN  Height 5'7  Weight 255

### VEHICLE  VIN:  ☐CMV

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BLB6928 | TN | 12 | CHEV/CRUISE | | BLK |

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: NPZ41815562

Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Nick Doyle

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/30, 2024 while exercising my duties as a law enforcement officer in the WESTERN District of N CAROLINA

\* PLEASE SEE ATTACHED \*

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/30/2024  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/14/2024 9:29

CVB SCAN 08/14/2024 9:29

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: DOYLE, Nicholas J    CVB Location Code: WC55    Citation Number: E1037362
Case Number: NP24181562

I state that on 06/30/2024 while exercising my duties as a law enforcement officer in the Western District of North Carolina

On June 30, 2024, I, US Ranger Michael Ventiere, was performing my duties as a law enforcement ranger within the legal boundaries of Great Smoky Mountain National Park. I was supervising traffic control operations related to a disabled vehicle on US 441/ Newfound Gap Rd in the area of mile marker 16. At approximately 1027hrs a driver in the line of stopped traffic northbound waved me over. He told me that I ought to pull the driver behind him off the road and check him out because that vehicle had nearly side swiped two vehicles on the way up the mountain.

I approached the vehicle, a black Chevrolet Cruise, bearing TN license plate BLB6928, occupied by two males, to conduct a welfare check and to verify that the driver was alright. I approached passenger side of the car and asked the driver and the passenger how they were doing. As I was asking, I looked into the backseat where I observed a carton of Twisted Tea alcoholic beverages with an open and empty can resting on top.

At approximately 1028hrs I directed the driver to put the vehicle in park and advised him that he was stopped for the possession of open alcoholic containers in his vehicle and identified myself. I asked for the driver's license and vehicle registration. The driver, identified as Nicholas J DOYLE, had a valid drivers' license and the vehicle registration was also valid.

I issued Doyle a mandatory appearance Federal Violation Notice (VNE1037362) for violation of 36CFR §4.14(b) Open container of alcoholic beverage stored in vehicle prohibited.

---

The foregoing statement is based upon:

☑ my personal observations    ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/30/2024    [signature] S#677
       Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
       Date (mm/dd/yyyy)      U.S. Magistrate Judge